IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BERLE E. GABBARD,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | No. 3:05-CV-114<br>(Phillips) |
| FIRST TENNESSEE BANK, et al.,<br>    Defendants | )<br>) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss filed by defendant First Tennessee Bank [Doc. 10] is **GRANTED**, and First Tennessee Bank is hereby **DISMISSED** as a defendant in this action.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge