# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

BERLE E. GABBARD,               )
     Plaintiff,                     )
                                   )

v.                                 )      No. 3:05-CV-114
                                 )      (Phillips)

FIRST TENNESSEE BANK, et al.,      )
     Defendants                 )

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed this day with the clerk, plaintiff's cause of action against First Tennessee Bank is hereby **DISMISSED.** This order constitutes a **FINAL JUDGMENT** as to this defendant, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure**.**

**IT IS SO ORDERED.**

ENTER:

                                  s/ Thomas W. Phillips
                             United States District Judge