**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| BERLE E. GABBARD,        )<br>　　Plaintiff,        )<br>        )<br>v.        )<br>        )<br>FIRST TENNESSEE BANK, et al.,        )<br>　　Defendants        ) | No.  3:05-CV-114<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss by defendant the University of Tennessee Medical Center.  The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the University of Tennessee Medical Center and Jane Doe are **DISMISSED** as defendants in this action**.**

Dated at Knoxville, Tennessee, this _____ day of August, 2007.

　　　　　　　　　　　　　　　　　　　s/ Patricia L. McNutt
　　　　　　　　　　　　　　　　　　　Clerk of Court